ORIGINAL

**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

FILED
OCT 30 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**LYF FOUNDATION**, an Oregon nonprofit corporation,

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

No. 06-739 T

COMPLAINT FOR DECLARATORY JUDGMENT (EXEMPT ORGANIZATION) (26 USC §7428)

Pursuant to 26 USC §7428 and Rule 57 of the United States Court of Federal Claims, the LYF Foundation, Plaintiff, hereby petitions the Court for a declaratory judgment to the effect that Plaintiff is exempt from income taxation as an organization described in Title 26 United States Code Sections 501(c)(3) and 509(a)(3). As the basis for its case, Plaintiff alleges as follows:

1. Plaintiff is an Oregon nonprofit corporation having its principal office at 1649 South Robertson Boulevard, Los Angeles, California, 90035.

2. Defendant is the United States of America.

3. This is an action for declaratory judgment under Title 26 United States Code Section 7428, and Title 28 United States Code Section 2201 for the purpose of determining a question of actual controversy between the parties as hereinafter more fully described.

4. Jurisdiction of this action is based on Title 28 United States Code Section 1507.

5. Plaintiff is a tax-exempt organization, the qualification or classification of which is at issue.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

6. On March 3, 2004, defendant, through the Internal Revenue Service, mailed a Notice 3367 to Plaintiff in which it acknowledged the receipt of Plaintiff's duly-executed Treasury Form 1023, Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code.

7. Defendant has not issued its determination of Plaintiff's tax-exempt status, nor has defendant issued a determination denying Plaintiff's tax-exempt status.

8. More than 270 days have passed since the filing of Plaintiff's Application for Recognition of Exemption Under Title 26 United States Section 501(c)(3) (Treasury Form 1023).

9. Plaintiff has exhausted all available administrative remedies for protection of its rights.

10. Plaintiff is an organization described in Title 26 United States Code Sections 501(c)(3) and 509(a)(3).

11. Plaintiff is qualified and eligible for exemption from federal income tax under Title 26 United States Code Section 501(c)(3) for the reasons and in the manner set forth by Plaintiff in its Application for Recognition of Exemption Under Title 26 United States Section 501(c)(3).

WHEREFORE, Plaintiff respectfully prays that:

(a) the Court enter a declaratory judgment that Plaintiff is exempt from federal income taxation as an organization described in Title 26 United States Code Sections 501(c)(3) and 509(a)(3); and

(b) the Court grant such other and further relief as may be proper.

DATED: October 27, 2006.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: ______________________

Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981