IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**LYF FOUNDATION, an Oregon nonprofit corporation,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 06-739 T**
**The Honorable Susan G. Braden**

## ANSWER

Defendant, the United States, by way of Answer to the Complaint in the above-captioned case, respectfully denies each and every allegation contained therein not explicitly admitted below.

Defendant further:

1. Admits that plaintiff was formed pursuant to the Oregon nonprofit corporation statutes, and that it has its principal office in the location set out in paragraph 1.

2. Admits the allegation contained in paragraph 2.

3. Denies that 28 U.S.C. § 2201 provides the basis for the instant suit. Admits that the remaining allegations contained in paragraph 3 constitute an accurate recital of plaintiff's claim.

4. Admits the allegation contained in paragraph 4.

5. Avers that the allegation that plaintiff is a tax-exempt organization is a legal conclusion, to which no response is required. Admits that the Complaint seeks to place in issue the question of the qualification or classification of plaintiff as an organization described in § 501(c)(3) of the Internal Revenue Code.

6. Avers that it is without knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph 6. Avers that plaintiff's Form 1023, "Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code," was received by the Internal Revenue Service on or about March 1, 2004.

7. Admits the allegation contained in paragraph 7.

8. Admits the allegation contained in paragraph 8.

9. - 11. Avers that the allegations contained in paragraphs 9 through 11 are legal conclusions, to which no response is required.

WHEREFORE, defendant prays the Complaint be dismissed, with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503 Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

February 27, 2007

s/ David Gustafson
Of Counsel