**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LYF FOUNDATION, an Oregon nonprofit corporation,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-739 T** |
| **v.** | ) | **The Honorable Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

The parties jointly move the Court for an enlargement of time of 45 days, from April 20, 2007, to and including June 4, 2007, within which to file the joint preliminary status report. This is the first enlargement requested for this purpose.

As good cause therefor, the parties state that the joint preliminary status report is due to be filed Friday, April 20. Counsel have conferred, and believe that it would be appropriate for them to explore the possibility of an agreed disposition of this case before proceeding further. To this end, defendant's attorney has conferred with attorneys in the Office of Chief Counsel, Internal Revenue Service, and has provided to counsel for plaintiff information and suggestions which counsel believe might lead to settlement. Accordingly, the time requested herein is necessary to continue to pursue settlement of the case.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

April 20, 2007

s/ Marc K. Sellers

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Phone: (503) 222-9981*
*Fax: (503) 796-2900*
*msellers@schwabe.com*

Attorney for Plaintiff

April 20, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

April 20, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant