# In the United States Court of Federal Claims

No. 06-739T
Filed April 23, 2007

```
***********************************
                                  *
LYF FOUNDATION,                   *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

The court hereby grants the parties' April 20, 2007 Joint Motion for Enlargement of Time Within Which to File a Joint Preliminary Status Report. The Joint Preliminary Status Report will be filed on or before June 4, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**