**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LYF FOUNDATION, an Oregon nonprofit corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-739 T** |
| **v.** | ) | **The Honorable Susan G. Braden** |
| | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

The parties jointly move the Court for an enlargement of time of 60 days, from June 4, 2007, to and including August 3, 2007, within which to file the joint preliminary status report. This is the second enlargement requested for this purpose, the first having been allowed for a period of 45 days.

As good cause therefor, the parties state that the joint preliminary status report is due to be filed Monday, June 4, pursuant to the order of April 23, 2007, issued at the request of the parties. In our motion at that time, counsel advised the court that they had conferred, and concluded that it would be appropriate for them to explore the possibility of an agreed disposition of this case before proceeding further. Defendant's attorney then provided to plaintiff information and suggestions which the Chief Counsel, Internal Revenue Service, believed might lead to settlement. Thereafter, plaintiff provided comments and suggestions in response, which defendant's trial attorney immediately provided to the Chief Counsel. Accordingly, the time

requested herein is necessary to permit the Chief Counsel to review and comment on plaintiff's submission, and for the parties to continue to pursue settlement of the case.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

June 4, 2007

s/ Marc K. Sellers

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Phone: (503) 222-9981*
*Fax: (503) 796-2900*
*msellers@schwabe.com*

Attorney for Plaintiff

June 4, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

June 4, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant