# In the United States Court of Federal Claims

No. 06-739T
Filed: June 5, 2007

*****************************************
LYF FOUNDATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

**ORDER**

The court hereby grants the parties' June 4, 2007 Joint Motion for Enlargement of Time Within Which to File a Joint Preliminary Status Report. The Joint Preliminary Status Report will be filed on or before August 3, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**