**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LYF FOUNDATION, an Oregon nonprofit corporation,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-739 T**<br>**The Honorable Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## JOINT PRELIMINARY STATUS REPORT

Pursuant to paragraph 4 of Appendix A to the Rules of the United States Court of Federal Claims (RCFC), the parties submit the following information:

a. Jurisdiction. This is a suit for a declaratory judgment respecting the initial qualification of plaintiff as an organization described in § 501(c)(3) and the initial classification of plaintiff as a private foundation as defined in § 509(a). The parties believe that the Court has jurisdiction pursuant to § 7428 of the Internal Revenue Code, and 28 U.S.C. § 1507.

b. Consolidation. The parties are unaware of any other case with which this case should be consolidated.

c. Bifurcation of trial. As plaintiff's cause of action admits of only one possible remedy – a declaration respecting plaintiff's status – there is no need for a separate trial with respect to damages.

d. Deferral of proceedings. The parties are aware of no reason that proceedings in the instant case ought to be deferred.

e. Remand or suspension. Not applicable.

f. Additional parties. The parties know of no additional parties who should be joined.

g. Dispositive motions. As an initial qualification case under § 7428, the Court is required to make its determination based entirely upon the administrative record. Accordingly, the parties anticipate that the case will be disposed of on cross-motions for judgment.

h. Issues.

Whether plaintiff is an organization described in § 501(c)(3) of the Internal Revenue Code, exempt from tax under § 501 and, if so, whether plaintiff is a private foundation, as defined in § 509(a).

i. Settlement. While the parties would hope to dispose of this case by agreement, and will continue efforts to reach such a result, they do not believe that proceedings should be deferred.

j. Trial. Declaratory judgment actions brought under § 7428, involving the initial qualification of an organization, are subject to disposition based entirely upon the administrative record. *See generally, New Dynamics Foundation v. United States*, 70 Fed.Cl. 782 (2006); *Church of Spiritual Technology v. United States*, 18 Cl.Ct. 247 (1989); *Animal Protection Institute, Inc. v. United States*, 42 A.F.T.R.2d 78-5850 (Ct. Cl. Trial Div., Sept. 19, 1978). Accordingly, there is no occasion for a trial.

k. Electronic case management. The parties are not aware of any special issues regarding electronic case management needs.

l. Other information & proposed schedule.

Plaintiff's Proposed Schedule. Plaintiff requests that the court set a deadline of September 10, 2007 for designation and filing of the administrative record. Plaintiff requests that the court set a deadline of October 10 for simultaneous opening briefs on the merits, and a deadline of November 12, 2007 for simultaneous response briefs.

Defendant's Proposed Schedule. Defendant proposes that the parties be given 120 days, until November 30, 2007, within which to file the administrative record. Defendant proposes that plaintiff file its brief on the merits within 60 days of the filing of the administrative record, that the Government file its brief on the merits within 60 days of the filing of plaintiff's principal brief, that plaintiff file a response within 30 days of the filing of the Government's principal brief, and that the Government file a reply within 30 days of the filing of plaintiff's second brief.

Respectfully submitted,

August 3, 2007

s/ Marc K. Sellers

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Phone: (503) 222-9981*
*Fax: (503) 796-2900*
*msellers@schwabe.com*

Attorney for Plaintiff

August 3, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

August 3, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant