# In the United States Court of Federal Claims

No. 06-739T
Filed: August 30, 2007

| | |
|---|---|
| LYF FOUNDATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**SCHEDULING ORDER**

Pursuant to the August 9, 2007 telephone status conference, the court hereby enters the following schedule:

1. Administrative Record. Pursuant to RCFC 52.1(a), the Administrative Record will be filed on or before September 10, 2007.

2. Dispositive Motions. Pursuant to RCFC 52.1(b), the parties will file simultaneous Cross-Motions for Judgment on the Administrative Record on or before October 10, 2007 and Responses on or before November 13, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**