**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LYF FOUNDATION, an Oregon nonprofit corporation,** | ) | |
| **Plaintiff,** | ) | **No. 06-739 T** |
| **v.** | ) | **The Honorable Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR SUSPENSION OF PROCEEDINGS**

The parties jointly move the Court to suspend all proceedings in the above-captioned case, pending the filing of a stipulation of dismissal, with prejudice, reflecting the settlement of all issues set out in the Complaint.

As good cause therefor, the parties state that by letter dated August 7, 2007, plaintiff proffered an offer in compromise of all issues. On August 29, 2007, defendant's attorneys received the advice and recommendation of the Office of Chief Counsel, Internal Revenue Service, respecting that offer. On August 30, 2007, plaintiff's offer was accepted on behalf of the Attorney General. The parties will file a stipulation for dismissal, with prejudice, when the Commissioner of Internal Revenue has issued the final determination letter called for by the settlement.

WHEREFORE, the parties pray their motion is granted.

Respectfully submitted,

September 4, 2007

s/ Marc K. Sellers

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Phone: (503) 222-9981*
*Fax: (503) 796-2900*
*msellers@schwabe.com*

Attorney for Plaintiff

September 4, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

September 4, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant