# In the United States Court of Federal Claims

No. 06-739T

Filed: September 6, 2007

***********************************
*
LYF FOUNDATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The parties' September 4, 2007 Joint Motion for Stay of Proceedings is hereby granted in anticipation of stipulation for dismissal.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**