**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LYF FOUNDATION, an Oregon nonprofit corporation,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-739 T** |
| **v.** | ) | **The Honorable Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the parties to the above-captioned action, that it be dismissed, with prejudice, each party to bear its own costs of litigation, including attorney fees.

Respectfully submitted,

October
~~September~~ 8, 2007

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Phone: (503) 222-9981*
*Fax: (503) 796-2900*
*msellers@schwabe.com*

Attorney for Plaintiff

October 15,
~~September~~ ___, 2007

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

October 15
~~September~~ ___, 2007

Of Counsel

Attorneys for Defendant