# In the United States Court of Federal Claims

No. 06-739T
Filed: October 17, 2007

```
***********************************
                                  *
LYF FOUNDATION,                   *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Pursuant to the parties' October 15, 2007 Stipulated Motion, the court hereby directs the Clerk of the United States Court of Federal Claims to dismiss this case, with prejudice and without costs.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**